UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DEBORAH LAUFER,

                Plaintiff(s),

*MEDIATION CERTIFICATION*

   20   - cv -  488  

                v.

MANOHARAN NAIR, et al.,

                Defendant(s).
_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___4/13/21___.

    ☑ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 04/30/2021          *Mediator:* /S/ Michael Menard

*Additional Comments:*
_____
_____
_____